United States District Court
Southern District of Texas
**ENTERED**
June 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RAFAEL QUINTANILLA | § |
| | § |
| VS. | § CIVIL CASE NO. 7:21-cv-00058 |
| | § |
| CANO & SON MEXICO SA DE CV AND | § |
| JOSE ANTONIO ALVAREZ | § |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on the 14th day of June, 2022, came to be considered Plaintiff, RAFAEL QUINTANILLA and Defendants CANO & SON MEXICO SA DE CV and JOSE ANTONIO ALAVAZARES' Joint Stipulation of Dismissal with Prejudice as per Federal Rule Civil Procedure 41(a)(2). The Court is of the opinion that same should be GRANTED.

IT IS ACCORDINGLY ORDERED that the claims of Plaintiff, RAFAEL QUINTANILLA, against Defendants CANO & SON MEXICO SA DE CV and JOSE ANTONIO ALAVAZARES, in the above-entitled and numbered cause be, and hereby are, in all things **DISMISSED WITH PREJUDICE**, with taxable court costs incurred in this matter to be taxed against the party incurring same.

Signed on this 14th day of June, 2022.

_____
United States District Judge